UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **COMEKIA THOMAS, ET AL.** | **CIV. ACTION NO. 3:22-06174** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF GARY GILLEY, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, together with the written Objections [Doc. No. 27] filed by Plaintiffs Comekia Thomas and Shequila Thomas ("Plaintiffs") and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Rule 12(b)(6) Motion to Dismiss For Failure to State a Claim Upon Which Relief Can be Granted [Doc. No. 17] filed by Defendants, Sheriff Gary Gilley, and Warden Joel Weatherly, is **GRANTED**, and that Plaintiffs' federal law claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**. FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERED** that Plaintiffs' remaining state law claims are hereby **REMANDED** to the Fifth Judicial District Court for the Parish of Richland, State of Louisiana, whence they were removed. 28 U.S.C. § 1367(c)(3).

Monroe, Louisiana, this 5th day of October 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE